Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __4/29/13__ Judge __Nannette A. Baker__ Case No. __4:13CR143-8-SNLJ/NAB__

UNITED STATES OF AMERICA v. __John Hicks__

Court Reporter __FTR Gold__ Deputy Clerk __C. Kornberger__

Assistant United States Attorney(s) __John Ware__

Attorney(s) for Defendant(s): __John P. Rogers__

Interpreter _____ ☐ SEALED PROCEEDING

## Proceedings:

☐ Initial Appearance ☐ Detention Hearing ☐ Preliminary Revocation
☒ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
 ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
 ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: _____

☐ Oral Motion for appointment of counsel (GRANTED) ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____ ☐ Secured Appearance Bond ☐ Secured by 10%

☐ Secured by cash only ☐ Secured by property ☐ Unsecured bond ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☒ Defendant arraigned ☒ Waives reading of indictment/~~information~~ ☐ Matter taken under advisement

☒ Plea entered __not guilty__ Order on pretrial motions: ☐ issued ☐ to issue

☐ Oral Motion for Suppression ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____ ☐ order to issue ☐ oral ruling

☐ Defendant waives evidentiary hearing ☐ By leave of court withdraws all pretrial motions ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

☐ Remanded to custody ☒ Released on bond – __existing__

Next hearing date/time __6/12/13 @ 2:00pm__ Type of hearing __Status hearing__ Before __NAB__

Proceeding commenced __1:40 pm__ Proceeding concluded __1:46 pm__ Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.